

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## BUTTE DIVISION

|  |  |
|---|---|
| ROMAN SONNY McCARTHY,<br><br>Plaintiff,<br><br>vs.<br><br>STEVE ETTE, et al.,<br><br>Defendants. | No. CV-10-48-BU-SEH<br><br>**ORDER** |

On October 25, 2010, United States Magistrate Judge Keith Strong entered his Findings and Recommendations[1] in this matter. Plaintiff filed objections[2] on November 9, 2010. The Court reviews *de novo* findings and recommendations to which objections are made. 28 U.S.C. § 636(b)(1).

Upon *de novo* review of the record, I find no error in Judge Strong's Findings and Recommendations and adopt them in full.

---

[1] Document No. 6

[2] Document No. 7

ORDERED:

1. Plaintiff's Complaint[3] is DISMISSED with prejudice on grounds it is barred by the applicable statute of limitations.

2. The Clerk is directed to enter judgment accordingly.

3. The filing of this action counts as one strike for failure to state a claim. 28 U.S.C. § 1915(g).

4. Any appeal from this disposition will not be taken in good faith as Plaintiff's claims are barred by the applicable statute of limitations. Fed. R. App. P. 24(a)(3).

DATED this 22 day of November, 2010.

SAM E. HADDON
United States District Judge

---

[3] Document No. 2

2